UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHERN ILLINOIS<br>RIVERBOAT/CASINO CRUISES, INC.,<br>d/b/a HARRAH'S METROPOLIS CASINO,<br>*et al.*,<br><br>    Defendant. | Case No. 06-cv-664-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Anton Eberhart's motion to dismiss (Doc. 10). Since Eberhart filed the motion to dismiss, the plaintiff has amended the complaint (Doc. 29). Because the motion to dismiss is directed at the original complaint, which is no longer the operative pleading in this case, *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999), the Court hereby **DENIES as moot** the motion to dismiss (Doc. 10).

**IT IS SO ORDERED.**
**DATED:  February 16, 2007**

                                                        s/ J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **DISTRICT JUDGE**