IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH WILLIAMS,

    Plaintiff,

    v.

SOUTHERN ILLINOIS RIVERBOAT/CASINO CRUISES, INC., d/b/a Harrah's Metropolis Casino, LORI COOKE, JASON CECIL, J. SLONE, J. REDNOUR, GLEN MELCHER, JANE DOE, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, OFFICER HAMILTON, Individually and in his official capacity as an officer of the Metropolis Police Department, OFFICER HELM, Individually and in his official capacity as an officer of the Metropolis Police Department; AGENT EBERHART, Individually and in his official capacity as an agent of the Illinois Gaming Board,

    Defendants.

No. 06-cv-664-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, the Court having rendered a decision as to some matters and the jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count II against all defendants;
- All claims against John and Jane Does;
- Count IV against defendant Agent Eberhart in his individual capacity;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Counts I, VI, VIII, IX and X against defendant Agent Eberhart;
- Count IV against defendant Agent Eberhart in his official capacity;
- Count X against defendant Lori Cooke;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered pursuant to a court decision as follows:

- Judgment is entered in favor of defendants Southern Illinois Riverboat/Casino Cruises, Inc., Lori Cooke, Jason Cecil, J. Slone, J. Rednour and Glen Melcher and against plaintiff Kenneth Williams on Counts I, IV, VI, VIII and IX;
- Judgment is entered in favor of defendants Officer Helm and Agent Eberhart and against plaintiff Kenneth Williams on Counts III and V;
- Judgment is entered in favor of defendants Officer Hamilton, Officer Helm and Agent Eberhart and against plaintiff Kenneth Williams on Count VII;
- Judgment is entered in favor of defendants J. Slone and J. Rednour and against plaintiff Kenneth Williams on Count X;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered pursuant to a jury verdict as follows:

- Judgment is entered in favor of defendant Officer Hamilton and against plaintiff Kenneth Williams on Counts III and IV; and
- Judgment is entered in favor of defendants Southern Illinois Riverboat/Casino Cruises, Inc., Jason Cecil and Glen Melcher and against plaintiff Kenneth Williams on Count X.

**DATED: June 9, 2008**　　　　　　　　　　　　**NORBERT JAWORSKI**

　　　　　　　　　　　　　　　　　　　　　　　　By:s/Deborah Agans, Deputy Clerk


**Approved:**　　s/ J. Phil Gilbert  
　　　　　　　　**J. PHIL GILBERT**  
　　　　　　　　**DISTRICT JUDGE**